**No. 52633.**—S. Farber & Sons et al. *v.* United States, protests 140923–K, etc. (New York).

Opinion by MOLLISON, J.   It was stipulated that the merchandise consists of platinum fox fur skins, undressed, similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388).   The claim for free entry under paragraph 1681 was therefore sustained.

**No. 52634.**—Parrott & Co. *v.* United States, protest 961625–G (Los Angeles).

Opinion by MOLLISON, J.   It was stipulated that the wooden boxes containing the canned oranges are the same in all material respects as those passed upon in *Nozaki Brothers, Inc.* v. *United States* (1 Cust. Ct. 262, C. D. 61).   Accepting this stipulation as a statement of fact and following the decision cited, the claim for free entry of the wooden boxes in question was sustained.

BEFORE THE THIRD DIVISION, OCTOBER 20, 1948

**No. 52635.**—Neuman & Schwiers Co., Inc., et al. *v.* United States, protests 9569–K, etc. (New York).

Opinion by CLINE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 52636.**—Eugene Dietzgen Co., Inc. *v.* United States, protests 52083–K, etc. (New York).

Opinion by EKWALL, J.   In accordance with stipulation of counsel the court found that the facts herein agreed upon were such as to bring the case within the holding in *John Barr* v. *United States* (11 Cust. Ct. 88, C. D. 801), which record was incorporated herein.   (See *John Barr* v. *United States*, 324 U. S. 83.)   In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on each of the entries.   The protests were sustained to this extent.